UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

**Francisco Rodriguez Cruz**
(Write the full name of the plaintiff)

vs.

**asaf**

_____

_____

(Write the full name of the defendant/s in this case)

FILED BY_____D.C.
APR 24 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Party Information

A. Plaintiff: **Francisco Rodriguez Cruz**

   Address: **15605 sw 295 ter homestead fl 33033**

   Year of Birth: **1985** (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

vs.

B. Defendant: **asaf**                    Defendant:_____

   Official Position: **owner**           Official Position:_____

   Place of Employment: **koolulu 9561 Harding Ave Surfside FL 33154**    Place of Employment:_____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

A curse word went out off the owners lips in two separate occasions and was heard over the speakers in a song on the 23 of April 2023 as well between 8 pm and 9 07 pm for the above I request the following relief

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

To only play music rated g and in צדקה

**IV. Jury Demand**

Are you demanding a jury trial? ____ Yes __✓__ No

Signed this __24__ day of __april__, 20 _23_

_____ى_____
_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: _____24 of april 2023_____

_____ى_____
_____
Signature of Plaintiff